RECEIVED

MAY 2 5 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA J. GRABOSKEY, ET AL. | MISC. CASE NO. 17-mc-00094 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Barbara J. Graboskey, as Personal Representative and Derivative Claimant; and Darrel Graboskey, Dean Graboskey and Gae Lyn Switzer, as Derivative Claimants of the Estate of Gary G. Graboskey, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 25th day of May, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE